## Watkins Estate.

Argued October 3, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

reargument refused January 24, 1975.

*John M. Duff,* Deputy Attorney General, with him *Janet Moschetta,* Assistant Attorney General, and *Israel Packel,* Attorney General, for appellant.

*Jerome Hahn,* for appellee.

OPINION PER CURIAM, December 5, 1974:

In this action, the Commonwealth seeks to recover from an incompetent's estate the cost of the incompetent's maintenance since his commitment in 1953 to Farview State Hospital. The Orphans' Court of Washington County denied the claim. We affirm on the basis

of our decision in *Downing Estate,* 458 Pa. 553, 330 A.2d 530 (1974).\*

Decree affirmed. Costs on the Commonwealth.

---

\* To the extent that the Commonwealth seeks to satisfy its claim from funds received by the estate as Veterans' Administration benefits, recovery is barred by *Chojnacki Estate,* 397 Pa. 596, 156 A.2d 812 (1959), cert. denied, 363 U.S. 826, 80 S. Ct. 1595 (1960).

---

DISSENTING OPINION BY MR. JUSTICE EAGEN:

I dissent for the reasons stated in my dissenting opinion in *Downing Estate,* 458 Pa. 553, 330 A.2d 530 (1974).

Mr. Justice POMEROY and Mr. Justice MANDERINO join in this dissenting opinion.